FILED IN CLERK'S OFFICE
U.S.D.C. Rome

JUL 06 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Ronnie J. VanZant #117878
(Enter above the full name and prisoner
identification number of the plaintiff.)

vs.

Whitfield County Corr. Center, et al
Captain W. Lynch
Ms. L Welker #432
Lt. Jim Quarles
(Enter above the full name of the defendant.)

4: 10CV- 087

I. **Previous Lawsuits**

  A. Have you begun other lawsuits in state or federal court dealing with (1) the same facts involved in this action, or (2) otherwise relating to your imprisonment?

  Yes ( )   No (X)

  B. If you anser to A(1) or (2) is yes, describe each lawsuit in the space below and tell us whether the "old" case involves the same facts or other issues. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  1. Parties to this previous lawsuit:

  Plaintiff(s): n/a

  Defendant(s): n/a

  2. Court (if federal court, name the district; if state court, name the county):

  n/a

  3. Docket Number: n/a

Pg 1

III. **Previous Lawsuits (Cont'd)**

4. Name of judge to whom case was assigned: __N/A__
5. Did the previous case involve the same facts:

   Yes ( )    No ( )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
   __N/A__

7. Approximate date of filing lawsuit: __N/A__

8. Approximate date of disposition: __N/A__

II. **Exhaustion of Administrative Remedies**

A. Place of Present Confinement: __Whitfield Co. Corr. Center__
B. Is there a prisoner grievance procedure in this institution?

   Yes (X)    No ( )

C. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes (X)    No ( )

D. If your answer is YES:
   1. What steps did yo take and what were the results?
      __Request form; Grievance; appealled Grievance And then wrote a letter to Cpt. W. Lynch. All were denied__

   2. If you answer is NO, explain why not: _____

III. **Parties**
(In item A below, place you name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff(s): __Ronnie Joe Vinzant #117878__

Pg 2

III. **Parties (Cont'd)**
Address(es): Whitfield County Corr. Center
805 Professional Blvd
Dalton GA 30721

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): ① ms. L Walker  ② Lt Jim Quarles
③ Captain W. Lynch

Employed as: ① Officer of Jail  ② Lt of Jail
③ Captain over Jail

at Whitfield County Correctional Center
805 Professional Blvd, Dalton GA 30721

IV. **Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

OFFICER L. Walker, 1st Claim: committed malfeasance of her duties by her retaliction against me for grieving the Whitfield County Corr. Center

2nd Claim: defendent Walker has denied me access to the jail Law-library + legal copies, knowing I represent myself in several court proceedings

3rd Claim: defendent Walker assisted in the disaperence of my legal mail and refused to investigate why it did not make it to the Whitfield County Clerks office. Thus Thwarting my Due Process and causing me to lose my oppertunity to with draw my plea, and losing my civil case.

LT. Jim Quarles
1st Claim: Denied my Grievance appeal for access to the law library and legal copies. Thus causing me to lose my Due Process right to with draw my plea, and losing my civil case.

Pg 3

⟨Pg 1 of 2⟩

IV. Statement of Claim Continued

All the above defendant(s) and Claim(s) listed in paragraph IV are all related to the violation(s) of the 1st, 6th, and 14th amendments of the United States Constitution.

The facts to these Claims are as follow.

On May 3rd 2010 I plead guilty to shoplifting theft. Soon there after I realized my plea was unconstitutional on several proceedual errors. On May 7th I put in a request to go to the law-library to research these said proceedual errors. Not to mention I still had two other theft case's going on and one civil case in the courts. All in which I have no attorney representing me on.

I then wrote a motion on May 21st 2010 requesting to withdraw my plea and an Order by the judge granting me access to the law library. I handed this legal mail to the defendant(s) et.al. These legal motions never made it to the Clerks Office of Whitfield Co.

(SEE NOTE)

(Pg 2 of 2) II Statement of Claim

On may 10th, followed up on may 15th. I filed a grievance followed up by an appeal requesting access to the Jail Law library. Subsequently they were denied by all the defendants listed in this complaint.

In addition, I grieved my legal mail getting lost and not making it to the Clerks office. (The Retaliation claim) Subsequently it was denied also.

Whereas, all the above defendant violated my rights as listed and is subject to this suit.

NOTE: When I plead guilty on may 3rd 2010 - this resolved any attorney's obligations to represent me. Thus I had no attorney on my Whitfield County case to do a post conviction relief.

All Evidence + Witness statements will be present at trail or at this courts request.

Ronnie Vanzant

**IV.   Statement of Claim (Cont'd)**

Captain W. Lynch:

1st Claim: After the Grievance procedure had run its course, I wrote defendant Lynch a letter explaining my problems see Attached Letter. To date he has not responded. Defendent Walker informed me that defendent Lynch denied my request also. Thus causing me to lose my withdraw of plea & civil case.

SEE ADDITIONAL PAGE

**V.   Relief**

State briefly exactly what you want the Court to do for you. **Make no legal arguments. Cite no cases or statutes.**

1) An order allowing inmates who have no councel on any cases involving criminal or civil, access to the law library.

2) To compensate me for the $10,000.00 I lost in my civil case due to the denial of access to the law library.

3) Compensate me $250,000.00 for the:
 - retaliation of grieving government,
 - Denial of access to a law library,
 - Hendering my legal mail from making it to the Clerks office

For The Total Sum of

(Two hundred and sixty thousand dollars) For the violation of my 1st, 6th, & 14th Amendment rights of the U.S. Constitution.

Pg 4

V.   **Relief (Cont'd)**

A Trial is demanded

IT IS EVER SO PRAYED

Signed this __23rd__ day of __June__, 2010.

_Ronnie Vanzant_
Signature of Plaintiff

STATE OF __Georgia__
COUNTY (CITY) OF __Whitfield__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __6-23-2010__
(Date)

_Ronnie J. Vanzant_
Signature of Plaintiff

Pg 5